**David E. PROCTOR, Appellant,**

v.

**MEN'S WEARHOUSE, INC.; Kathleen T. Sullivan; Fred Singler; Carol Souvenier; Charlie Bresler; George Zimmer; Terry Manuel; Julie Aguirre; Warren Randall; Steve Ambroz; William Follas; Richard Rea; Galina Michoulovina, Appellees.**

No. 00–2260.

United States Court of Appeals, Eighth Circuit.

Submitted June 26, 2001.

Filed July 27, 2001.

---

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

David E. Proctor appeals the district court's adverse grant of summary judgment in his employment discrimination action. After a review of the record and the parties' briefs, we conclude the judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.